*Copy to AUSA Baxter 4/15/96*

# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
UTICA, NEW YORK

DATE: 4/15/96
TIME: 12:30 pm
TAPE: _____

HON. DAVID N. HURD, PRESIDING
U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Craig B. Minor
COURT ECRO/STENO: Tape
INTERPRETER: _____
 [kinterp.]   (certified/non-certified)
LANGUAGE: _____

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 15 1996
AT ____ O'CLOCK ____ M.
GEORGE A. RAY, Clerk

UNITED STATES OF AMERICA
 vs.

DOCKET NUMBER: 6:96-M-180

_Orlando Jacinto-Encarnacion Fernandez_, by _____ Esq.
                                              [kdaddatty.]

___ Retained    ___ CJA    ___ Waived

AUSA, _Andrew Baxter_, for Government [kgaddatty.]

✓ DATE OF ARREST [kars.] 4/13/96

___ INITIAL APPEARANCE       ___ REMOVAL HRG          ✓ RULE 40 DOCS RECEIVED
    [kia.]                       [krmvhrg.]              [kr40doc.]  7
___ ARRAIGNMENT              ___ ARRAIGNMENT ON SUPERSEDING INDICTMENT
    [karr.]                      [karrsps.]
___ DETENTION HEARING        ___ PROBATION/SUPERVISED RELEASE VIOLATION HRG.
    [kdtnhrg.]                   [kprohrg.]
___ BOND HEARING             ___ PRELIMINARY HEARING  ___ NEBBIA HEARING
    [kbndhrg.]                   [kprlxm.]                [knbhrg.]

___ NEXT APPEARANCE: _____ for:

  ___ Arraignment       ___ Preliminary Hrg.    ___ Detention Hrg.
      [arrddl.]             [prlxmddl.]             [dtnhrgddl.]
  ___ Bond Hrg.         ___ Removal/Identity Hrg. ___ Other: _____
      [bndhrgddl.]          [rmvhrgddl.]

___ DEFT. APPEARS W/COUNSEL 1st time [kcnsl.]    ✓ DEFT. APPEARS W/OUT COUNSEL

___ FINANICAL AFFIDAVIT filed [kfinaff.]    ___ COUNSEL to be APPOINTED by COURT

___ GOVT. MOVES TO UNSEAL:   ___ COMPLAINT    ___ INDICTMENT    ___ INFORMATION
    [kgoralm.]                   [kcmpuns.]       [kindiuns.]       [kinfouns.]

___ COURT ___ GRANTS ___ DENIES MOTION TO UNSEAL [koralo.]

___ DEFT. advised of rights, maximun penalty stated and given copy of:
    ___ Complaint ___ Information ___ Indictment ___ Superseding Indictment

___ GOVT. MOVES FOR DETENTION [kgoralm.]: ___ Flight Risk ___ Community Danger

___ GOVT. RECOMMENDS BAIL AT: $ _____ PRB ___ ROR ___

___ ATTY. waives the formal reading; and enters a PLEA of NOT GUILTY. [kpl.]

See Reverse for Further Information

\_\_\_ CASE assigned to JUDGE _____ Criminal PTO issued in court.
\_\_\_ Criminal PRO to be mailed to counsel.

\_\_\_ BOND set at [kbnd.]: $_____   ROR \_\_\_   PRB \_\_\_

\_\_\_ ORDER setting CONDITIONS OF RELEASE filed

✓ DEFT. admits he/she is the person wanted in *Dist. of Massachusetts*.

\_\_\_ DEFT. signs WAIVER of RULE 40 HEARING

✓ DEFT. ORDERED REMOVED to originating district [koralo.]

\_\_\_ DEFT. failed to appear [kloc.] \_\_\_ LF

\_\_\_ Oral ORDER for issuance of BENCH WARRANT; Bond FORFEITED. [koralo.]

\_\_\_ DEFT. ORDERED <u>detained pending trial</u>; Order to be issued. [koralo.]

\_\_\_ DEFT. RELEASED

✓ DEFT. REMANDED custody of U.S. Marshal.
Select one of the following <u>ONLY</u> after Defts <u>1st</u> appearance:

[kloc.] \_\_\_ LC  \_\_\_ LO (State, Local, or other Federal Authorities)

\_\_\_ CJA-20 Voucher issued.

✓ OTHER: *Commitment to Another District District of Massachusetts signed by MJ Hurd.*



COURT STANDS IN RECESS: _____ AM/PM